HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHELE KING, | No. 2:19-cv-01878-BJR |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| THE PORT OF SEATTLE, | |
| Defendant. | |

**STIPULATION**

The parties to this action have reached a settlement. By their attorneys of record, the parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned action shall be dismissed with prejudice and without court-awarded costs or attorneys' fees to either party.

//
//
//
//
//
//
//
//
//

1  DATED this 22nd day of December, 2020.

2  MacDONALD HOAGUE AND BAYLESS        FOSTER GARVEY PC

3  */s/Katherine Chamberlain*                              */s/Kelly Mennemeier*
4  Katherine Chamberlain, WSBA #40014        Diana S. Shukis, WSBA #29716
   Tiffany Cartwright, WSBA #43564                Kelly Mennemeier, WSBA #51838
5  Attorneys for Plaintiff Michele King              Joy Ellis, WSBA # 26126
   705 Second Ave, Suite 1500                         Attorneys for Defendant Port of Seattle
6  Seattle, Washington 98104                            1111 Third Avenue, Suite 3000
7  Phone: (206) 622-1604                                   Seattle, Washington  98101
   Email: katherinec@mhb.com                         Phone: (206) 816-1475
8             tiffanyc@mhb.com                                Email: diana.shukis@foster.com

11  BLOOM LAW PLLC

12  /s/*Beth Bloom*
    Beth Barrett Bloom, WSBA #31702
13  Rory O'Sullivan, WSBA #38487
    Attorneys for Plaintiff Michele King
14  3827-C South Edmunds St.
    Seattle, Washington 98118
15  Phone: (206) 323-0409
16  Email: bbloom@bloomlawpllc.com
               rosullivan@bloomlawpllc.com

**ORDER**

Based on the above Stipulation of the parties, IT IS ORDERED:

1. The above captioned action is dismissed with prejudice; and
2. No award of costs or attorneys' fees shall be made to either party.

DATED this 4th day of January, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge